STEVEN G. KALAR
Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant RALPH PADIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-12 00586 YGR [KAW] |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER MODIFYING RELEASE CONDITIONS |
| vs. | |
| RALPH PADIA, | |
| Defendant. | |

    Ralph Padia is out of custody and fully compliant with his release conditions. As Director of Food Services and Lodging at Friendship House, a residential treatment center for substance abusers, Mr Padia will be working until 3:00 p.m. on Thanksgiving day. Mr Padia's curfew requires that he be at home between the hours of 8:00 p.m. and 3:30 a.m. Mr Padia would like to celebrate Thanksgiving at his brother Mark Padia's home, which is located at 273 Alta Vista Lane, Daly City, California.

    IT IS THEREFORE STIPULATED AND AGREED that the conditions of Mr Padia's pretrial release are modified to permit him to attend Thanksgiving dinner at his brother's home, which is located at 273 Alta Vista Lane, Daly City, California, and that the beginning of his

curfew be delayed by two hours, i.e. until 10:00 p.m., Thanksgiving evening. Mr Padia shall continue to abide by existing conditions of his release, and by such conditions as Pretrial Services deems appropriate.

Date: November 19, 2012          /s/
                                 RODNEY VILLAZOR
                                 Assistant United States Attorney

Date: November 19, 2012          /s/
                                 JEROME E. MATTHEWS
                                 Assistant Federal Public Defender

Date: November 19, 2012          /s/
                                 VICTORIA GIBSON
                                 United States Pretrial Services Officer

Good cause appearing therefor, IT IS ORDERED that the conditions of Mr Padia's pretrial release are modified to permit him to attend Thanksgiving dinner at his brother's home, which is located at 273 Alta Vista Lane, Daly City, California, and that the beginning of his curfew be delayed two hours, i.e. until 10:00 p.m., Thanksgiving evening. Mr Padia shall continue to abide by existing conditions of his release, and by such conditions as Pretrial Services deems appropriate.

Dated: November 20, 2012         /s/ Kandis Westmore
                                 KANDIS A. WESTMORE
                                 United States Magistrate Judge

2