STEVEN G. KALAR
Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant RALPH PADIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-12 00586 YGR [KAW] |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER MODIFYING RELEASE CONDITIONS |
| vs. | ) | |
| RALPH PADIA, | ) | |
| Defendant. | ) | |

    Ralph Padia is out of custody and fully compliant with his release conditions. As Director of Food Services and Lodging at Friendship House, a residential treatment center for substance abusers, Mr Padia will be required to attend a staff meeting and Christmas dinner for the facility's board of directors on December 13, 2012. The staff meeting and dinner begins at 6:00 p.m. and should end at 9:00 p.m.

    Mr Padia also would like to attend Christmas dinner at his brother's home, which is located at 273 Alta Vista Lane, Daly City, California, on December 25, 2012.

    Mr Padia's curfew requires that he be at home between the hours of 8:00 p.m. and 3:30 a.m. For each of the foregoing events, he asks that the beginning of his curfew be delayed two

1  hours, i.e. until 10:00 p.m.

2      IT IS THEREFORE STIPULATED AND AGREED that the conditions of Mr Padia's
3  pretrial release are modified to permit him to attend the work-related staff meeting and dinner
4  described above on December 13, 2012, and to attend Christmas dinner at his brother's home,
5  which is located at 273 Alta Vista Lane, Daly City, California, on December 25, 2012, and that
6  for each of the foregoing events the beginning of his curfew be delayed by two hours, i.e. until
7  10:00 p.m.  Mr Padia shall continue to abide by existing conditions of his release, and by such
8  conditions as Pretrial Services deems appropriate.

9      /s/
10 Date: December 5, 2012  _____
11     RODNEY VILLAZOR
    Assistant United States Attorney

12
13     /s/
14 Date: December 5, 2012  _____
    JEROME E. MATTHEWS
15     Assistant Federal Public Defender

16
17     /s/
Date: December 5, 2012  _____
18     BETTY KIM
    United States Pretrial Services Officer
19

20
21     Good cause appearing therefor, IT IS ORDERED that the conditions of Mr Padia's
22 pretrial release are modified to permit him to attend the work-related staff meeting and dinner
23 described above on December 13, 2012, and to attend Christmas dinner at his brother's home,
24 which is located at 273 Alta Vista Lane, Daly City, California, on December 25, 2012, and that
25 for each of the foregoing events the beginning of his curfew be delayed by two hours, i.e. until
26 10:00 p.m.   Mr Padia shall continue to abide by existing conditions of his release, and by such

2

conditions as Pretrial Services deems appropriate.

Dated: December 6, 2012

_____
KANDIS A. WESTMORE
United States Magistrate Judge