1  STEVEN G. KALAR
   Federal Public Defender
2  JEROME E. MATTHEWS
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500
5
   Counsel for Defendant RALPH PADIA
6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,         )   No. CR-12 00586 YGR [KAW]
                                     )
12                 Plaintiff,        )   AMENDED STIPULATION AND
                                     )   [PROPOSED] ORDER MODIFYING
13 vs.                               )   RELEASE CONDITIONS
                                     )
14 RALPH PADIA,                      )
                                     )
15                 Defendant.        )
   _____)
16

17
        Ralph Padia is out of custody and fully compliant with his release conditions. He
18
   recently was sentenced and permitted to remain out of custody pending his voluntary surrender
19
   to the Bureau of Prisons. Mr Padia would like to attend a family reunion in San Mateo,
20
   California, on July 14, 2013. That event should end at approximately 9:00 p.m.
21
        Mr Padia's curfew requires that he be at home between the hours of 8:00 p.m. and 3:30
22
   a.m. For purposes of the foregoing events, he asks that the beginning of his curfew be delayed
23
   two hours, i.e. until 10:00 p.m.
24
        IT IS THEREFORE STIPULATED AND AGREED that the conditions of Mr Padia's
25
   pretrial release are modified to permit him to attend the family reunion described above on July
26

                                            1

14, 2013, and that for purposes of this event the beginning of his curfew be delayed by two hours, i.e. until 10:00 p.m.  Mr Padia shall continue to abide by existing conditions of his release, and by such conditions as Pretrial Services deems appropriate.

/s/

Date: July 8, 2013  _____
RODNEY VILLAZOR
Assistant United States Attorney

/s/

Date: July 8, 2013  _____
JEROME E. MATTHEWS
Assistant Federal Public Defender

/s/

Date: July 8, 2013  _____
VICTORIA GIBSON
United States Pretrial Services Officer

Good cause appearing therefor, IT IS ORDERED that the conditions of Mr Padia's pretrial release are modified to permit him to attend the family reunion described above on July 14, 2013, and that for purposes of this event the beginning of his curfew be delayed by two hours, i.e. until 10:00 p.m.   Mr Padia shall continue to abide by existing conditions of his release, and by such conditions as Pretrial Services deems appropriate.

Dated: July ___, 2013  _____
KANDIS A. WESTMORE
United States Magistrate Judge

2