1  STEVEN G. KALAR
   Federal Public Defender
2  JEROME E. MATTHEWS
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone:  (510) 637-3500
5
   Counsel for Defendant RALPH PADIA
6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )   No. CR-12 00586 YGR [KAW]
                                    )
12              Plaintiff,           )   STIPULATION AND [PROPOSED]
                                    )   ORDER MODIFYING RELEASE
13 vs.                               )   CONDITIONS
                                    )
14 RALPH PADIA,                      )
                                    )
15              Defendant.           )
   _____)
16

17
        Ralph Padia is out of custody and fully compliant with his release conditions.  He
18
recently was sentenced and permitted to remain out of custody pending his voluntary surrender
19
to the Bureau of Prisons on 9 August 2013.  Mr Padia would like to attend a family dinner prior
20
to his surrender.  The dinner will take place at the Beach Chalet restaurant on 4 August 2013 and
21
end at approximately 9:00 p.m.  Mr Padia's curfew requires that he be at home between the
22
hours of 8:00 p.m. and 3:30 a.m.  For purposes of this event he asks that the beginning of his
23
curfew be delayed two hours, i.e. until 10:00 p.m.
24
        IT IS THEREFORE STIPULATED AND AGREED that the conditions of Mr Padia's
25
pretrial release are modified to permit him to attend the family dinner described above on 4
26

1

1  August 2013, and that for purposes of this event the beginning of his curfew be delayed by two
2  hours, i.e. until 10:00 p.m.  Mr Padia shall continue to abide by existing conditions of his release,
3  and by such conditions as Pretrial Services deems appropriate.

/s/

Date: August 1, 2013                              _____
                                                  JAMES MANN
                                                  Assistant United States Attorney


/s/

Date: August 1, 2013                              _____
                                                  JEROME E. MATTHEWS
                                                  Assistant Federal Public Defender

/s/

Date: August 1, 2013                              _____
                                                  BETTY KIM
                                                  United States Pretrial Services Officer


   Good cause appearing therefor, IT IS ORDERED that the conditions of Ralph Padia's pretrial release are modified to permit him to attend the family dinner described above on 4 August 2013, and that for purposes of this event the beginning of his curfew be delayed by two hours, i.e. until 10:00 p.m.  Mr Padia shall continue to abide by existing conditions of his release, and by such conditions as Pretrial Services deems appropriate.

Dated: August _1_, 2013                           _____
                                                  KANDIS A. WESTMORE
                                                  United States Magistrate Judge